JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO OLEYNICK,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL TRANSPORT LLC, et al.<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-02847-FLA (ROAx)<br><br>**ORDER DISMISSING ACTION [DKT. 28]** |

1

On December 29, 2021, Plaintiff Eduardo Oleynick ("Plaintiff") filed a Joint Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. Rule 41(A)(1)(A)-(B) (the "Stipulation"), stating the parties had agreed to dismissal of the action with prejudice, with each party to bear its own fees and costs. Dkt. 28. Pursuant to the Stipulation:

1. All deadlines governing this action are vacated.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: January 5, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge